UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23486-CIV-FAM

JULIO HERNANDEZ HERNANDEZ, and all
other similarly situated under 29 U.S.C.
216(B),

      Plaintiff,

vs.

ACOSTA TRACTORS, INC.
FELIX F. ACOSTA,
ALEX ROS,

      Defendants.
_____/

## DEFENDANTS' MOTION TO RE-OPEN CASE, LIFT STAY AND CONSOLIDATE

Defendants, Acosta Tractors, Inc., Felix F. Acosta and Alex Ros, hereby move this Honorable Court to re-open this case, lift the stay and consolidate this action with earlier and later-filed nearly identical matters to proceed before this Court to a non-jury trial, and in support thereof state:

1.    Because the Arbitration in this matter has failed of its essential purpose, the Defendants ask this Court to reopen the case, consolidate it with earlier and later filed nearly identical matters and directed to the appropriate Magister Judge for non-jury trial.

2. Attached hereto and incorporated herein by reference is the like-styled motion filed in <u>Garcia v. Acosta Tractors, Inc., Felix F. Acosta, and Frank P. Acosta</u>, Case No. 12-21111-CIV-SEITZ/SIMONTON, the earliest filed of this trilogy of nearly identical FLSA actions. Defendants have filed and briefed the Motion in the <u>Garcia</u> matter as it is the earliest filed of these matters, and seek consistent relief in this Court.[1]

Arbitration is meant to be a less costly and efficient substitute for litigation. In these cases, arbitration has instead turned into an overly-expensive, completely inefficient method of dispute resolution. Without repeating verbatim the arguments made in the incorporated Motion, the arbitration proceedings have become impossible for Defendants to maintain.

Defendants have already been billed in excess of $100,000 for forum fees in those nearly identical and very simple FLSA claims, and only this matter is set for Final Hearing, and that Final Hearing is not until May 2017. The arbitrators' fees alone likely exceed the amount in controversy, exclusive of attorneys' fees.

3. Thus, in accordance with Federal Rules of Civil Procedure 42 and 60 (b)(6) and Florida Statues § 682.033 Defendants seek this Court's order reopening the matter, consolidating it with the earlier filed <u>Garcia</u> matter, and providing such other and further relief as this Honorable Court deems just.

---

[1] The companion earlier filed matter is <u>Cordova v. Acosta Tractors, Inc. and Felix F. Acosta</u>, Case No. 13-22377-CIV.

Respectfully submitted,

GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile: (305) 376-6010

By:  */s/ Raymond V. Miller*
      RAYMOND V. MILLER
      Florida Bar No. 328901
      rmiller@gunster.com
      EDUARDO A. SUAREZ-SOLAR
      Florida Bar No. 958875
      esuarez@gunster.com
      HOLLY L. GRIFFIN
      Florida Bar No. 93213
      hgriffin@gunster.com
      ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via email to all parties on the attached service list on this 17th day of October, 2016.

By:  */s/ Raymond V. Miller*
      RAYMOND V. MILLER

## SERVICE LIST

David Kelly, Esq.
Rivkah F. Jaff, Esq.
J.H. Zidell, P.A.
300 71st Street, #605
Miami Beach FL  33141
Telephone 305.865.6766
Fax 305.865.7167
Email david.kelly38@rocketmail.com
Email rivkah.jaff@gmail.com


Joseph J. DiSpaldo, Esq.
Diaz & Associates
9370 Sunset Drive, Suite A-110
Miami, FL  33173
Telephone 305.598.1800
Fax 305.487.8745
Email josephd@diazlawnow.com


WPB_ACTIVE 7389472.1