UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-23486-CIV-MORENO

JULIO HERNANDEZ HERNANDEZ,

    Plaintiff,

vs.

ACOSTA TRACTORS, INC. FELIX F.
ACOSTA and ALEX RIOS,

    Defendants.

_____/

## ORDER DENYING MOTION TO RE-OPEN CASE, LIFT STAY, AND CONSOLIDATE

THIS CAUSE came before the Court upon Defendants' Motion to Re-Open Case, Lift Stay, and Consolidate **(D.E. 18)**, filed on **October 17, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as the Defendants originally moved to compel arbitration in this case and are now, nearly one year later, seeking to re-open this case. Moreover, Defendants have failed to comply with the Local Rule 7.1(a)(1) for failing to include a memorandum of law and Local Rule 7.1(a)(3) for failing to confer with opposing counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of October 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record