UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23486-CIV-FAM

JULIO HERNANDEZ HERNANDEZ and all  )
others similarly situated under 29 U.S.C.  )
216(B),  )
                                      Plaintiff,  )
vs.  )
    )
ACOSTA TRACTORS INC,  )
FELIX F. ACOSTA,  )
ALEX ROS,  )
                                   Defendants.  )

## FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C 216(b) AS TO DEFENDANTS

Pursuant to 29 U.S.C. 216(b) it is hereby ordered and adjudged that the Plaintiff, JULIO HERNANDEZ HERNANDEZ, c/o the Client Trust Account of J.H. Zidell P.A., take the following sums from Defendants ACOSTA TRACTORS INC., FELIX F. ACOSTA and ALEX ROS jointly and severally, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue:

**$7,293.00**

Further, pursuant to the Fair Labor Standards Act, Plaintiff's counsel may file separate motions for all attorneys' fees and costs, in accordance with Rule 7.3 of the Local Rules of the Southern District of Florida. Further, Plaintiff's counsel shall be entitled to collect reasonable attorneys' fees and costs in collection of the default judgment to be determined by this Court upon collection.

DONE AND ORDERED in Miami, FL, on this 1st day of June, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Defendants