Bond No. 0209148



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23486-CIV-FAM

JULIO HERNANDEZ HERNANDEZ, and all
others similarly situated under 29 U.S.C.
216(B),

    Plaintiff,

v.

ACOSTA TRACTORS, INC.,
FELIX F. ACOSTA,
ALEX ROS,

    Defendants.
_____/

## CIVIL SUPERSEDEAS BOND

We, Acosta Tractors, Inc., Felix F. Acosta, and Alex Ros, as Principal, and Nelson, Hoover & Associates, as Surety, are held and firmly bound unto Julio Hernandez Hernandez, in the penal sum of $8,022.30 (Eight Thousand Twenty-Two Dollars and Thirty Cents), for the payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

The condition of this obligation is: the above-named Principal has appealed to the Eleventh Circuit Court of Appeals from the final judgment entered in the

above case on June 2, 2017 in the amount of $7,293.00 (hereinafter, the "Judgment").

NOW THEREFORE, if the Principal shall satisfy any money judgment contained in the Judgment in full, in the event said appeal is dismissed or said Judgment is affirmed, then this obligation shall be null and void; otherwise to remain in full force and effect.

The Surety's liability under this bond shall in no event exceed the penal sum.

SIGNED on July 13, 2017 at Miami Lakes, Florida.

| **Acosta Tractors, Inc.** | **Berkley Insurance Company** |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Name: FELIX ACOSTA. | Name: Charles J. Nielson |
| Title: PRESIDENT. | Title: Attorney In Fact |

**Felix F. Acosta**
_[signature]_

**Alex Ros**
_[signature]_

WPB_ACTIVE 7842580.1

# POWER OF ATTORNEY
## BERKLEY INSURANCE COMPANY
### WILMINGTON, DELAWARE

NOTICE: The warning found elsewhere in this Power of Attorney affects the validity thereof. Please review carefully.

KNOW ALL MEN BY THESE PRESENTS, that BERKLEY INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware, having its principal office in Greenwich, CT, has made, constituted and appointed, and does by these presents make, constitute and appoint: **Charles J. Nielson; Charles D. Nielson; or Joseph P. Nielson of Nielson & Company, Inc. of Miami Lakes, FL** its true and lawful Attorney-in-Fact, to sign its name as surety only as delineated below and to execute, seal, acknowledge and deliver any and all bonds and undertakings, with the exception of Financial Guaranty Insurance, providing that no single obligation shall exceed **One Hundred Million and 00/100 U.S. Dollars (U.S.$100,000,000.00),** to the same extent as if such bonds had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office in their own proper persons.

This Power of Attorney shall be construed and enforced in accordance with, and governed by, the laws of the State of Delaware, without giving effect to the principles of conflicts of laws thereof. This Power of Attorney is granted pursuant to the following resolutions which were duly and validly adopted at a meeting of the Board of Directors of the Company held on January 25, 2010:

**RESOLVED,** that, with respect to the Surety business written by Berkley Surety Group, the Chairman of the Board, Chief Executive Officer, President or any Vice President of the Company, in conjunction with the Secretary or any Assistant Secretary are hereby authorized to execute powers of attorney authorizing and qualifying the attorney-in-fact named therein to execute bonds, undertakings, recognizances, or other suretyship obligations on behalf of the Company, and to affix the corporate seal of the Company to powers of attorney executed pursuant hereto; and said officers may remove any such attorney-in-fact and revoke any power of attorney previously granted; and further

**RESOLVED,** that such power of attorney limits the acts of those named therein to the bonds, undertakings, recognizances, or other suretyship obligations specifically named therein, and they have no authority to bind the Company except in the manner and to the extent therein stated; and further

**RESOLVED,** that such power of attorney revokes all previous powers issued on behalf of the attorney-in-fact named; and further

**RESOLVED,** that the signature of any authorized officer and the seal of the Company may be affixed by facsimile to any power of attorney or certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligation of the Company; and such signature and seal when so used shall have the same force and effect as though manually affixed. The Company may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Company, notwithstanding the fact that they may have ceased to be such at the time when such instruments shall be issued.

IN WITNESS WHEREOF, the Company has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this 27th day of April, 2016.

Attest:                                                                                      Berkley Insurance Company

(Seal)   By _____                          By _____
              Ira S. Lederman                                                      Jeffrey M. Hafter
              Senior Vice President & Secretary                     Senior Vice President

**WARNING: THIS POWER INVALID IF NOT PRINTED ON BLUE "BERKLEY" SECURITY PAPER.**

STATE OF CONNECTICUT )
                                            ) ss:
COUNTY OF FAIRFIELD    )

Sworn to before me, a Notary Public in the State of Connecticut, this 27th day of April, 2016, by Ira S. Lederman and Jeffrey M. Hafter who are sworn to me to be the Senior Vice President and Secretary, and the Senior Vice President, respectively, of Berkley Insurance Company.

MARIA C. RUNDBAKEN
NOTARY PUBLIC
MY COMMISSION EXPIRES
APRIL 30, 2019

_____
Notary Public, State of Connecticut

## CERTIFICATE

I, the undersigned, Assistant Secretary of BERKLEY INSURANCE COMPANY, DO HEREBY CERTIFY that the foregoing is a true, correct and complete copy of the original Power of Attorney; that said Power of Attorney has not been revoked or rescinded and that the authority of the Attorney-in-Fact set forth therein, who executed the bond or undertaking to which this Power of Attorney is attached, is in full force and effect as of this date.

Given under my hand and seal of the Company, this 13th day of July, 2017.

(Seal)
                                                                                        _____
                                                                                        Andrew M. Tuma

WARNING: Any unauthorized reproduction or alteration of this document is prohibited. This power of attorney is void unless seals are readable and the certification seal at the bottom is embossed. The background imprint, warning and confirmation (on reverse) must be in blue ink.

United States District Court
Southern District of Florida

Case Number: 15cv23486

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

  ☐ Due to Poor Quality

  ☐ Bound Extradition Papers

  ☐ Photographs

  ☒ Surety Bond (Original <u>or</u> Letter of Understanding)

  ☒ CD or DVD (Court Order <u>or</u> Trial Purposes only)

  ☐ Other: _____

☐ **SCANNED**

  ☐ But Poor Quality

  ☐ Habeas Cases (State Court Record/Transcript)

Date: July 18, 2017