UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23486-CIV-FAM

JULIO HERNANDEZ HERNANDEZ and all )
others similarly situated under 29 U.S.C. )
216(B), )
)
)
        Plaintiff, )
  vs. )
)
)
ACOSTA TRACTORS INC, )
FELIX F. ACOSTA, )
ALEX ROS, )
)
)
        Defendants. )
_____

## NOTICE OF DISASSOCIATION OF COUNSEL

1. The Plaintiff(s) in this action is/are represented by the firm, J.H. Zidell, P.A. The undersigned has been employed by the firm, J.H. Zidell, P.A., and in the course of representation, the undersigned was associated as representing the Plaintiff(s) in this action. As of 7/13/18, the undersigned will no longer be employed by the firm of J.H. Zidell, P.A.

2. As the undersigned will no longer be employed by the firm, J.H. Zidell, P.A. after, the undersigned will no longer represent the Plaintiff(s) in this action. However, the Plaintiff(s) remain represented by the firm J.H. Zidell, P.A. and its constituent attorneys. The undersigned is taking no clients from J.H. Zidell, PA, and all clients shall remain represented by J.H. Zidell, P.A. and its constituent attorneys.

WHEREFORE, the undersigned notices the Court and Parties that the undersigned will no longer be employed at J.H. Zidell, PA as discussed above, and will not be representing the Plaintiff(s) or otherwise actively performing legal work for such Plaintiff(s) in this matter.

**1** of **2**

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 7/12/18 TO:

ALL CM/ECF RECIPIENTS

   BY:___/s/___K. David Kelly_____
         K. DAVID KELLY, ESQ.