UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23486-CIV-FAM

JULIO HERNANDEZ HERNANDEZ and all others similarly situated under 29 U.S.C. 216(B),

        Plaintiff,

vs.

ACOSTA TRACTORS INC,
FELIX F. ACOSTA,
ALEX ROS,

        Defendants.

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR RELEASE OF BOND [D.E. 63]

COMES NOW the Plaintiff, Julio Hernandez Hernandez, through undersigned Counsel, and responds to [DE 63] as follows:

After reviewing said Motion to Release Supersedeas Bond [D.E. 63], Plaintiff does not oppose said motion.

**Respectfully submitted,**

**NATALIE STAROSCHAK, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: NSTAR.ZIDELLPA@GMAIL.COM**
**F.B.N. 116745**


**BY:___/s/___Natalie Staroschak_____**
**NATALIE STAROSCHAK, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING VERIFIED MOTION WAS SENT SUBSEQUENT TO E-FILING ON 9/26/18 TO:**

**ALL CM/ECF RECIPIENTS**

**GUNSTER, YOAKLEY & STEWART, P.A.**
**600 BRICKELL AVENUE, STE. 3500**
**MIAMI, FL 33131**

**BY:___/s/___Natalie Staroschak_____**
**NATALIE STAROSCHAK, ESQ.**