UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23486-CIV-FAM

JULIO HERNANDEZ HERNANDEZ and all )
others similarly situated under 29 U.S.C. )
216(B), )
)
)
Plaintiff, )
vs. )
)
)
ACOSTA TRACTORS INC, )
FELIX F. ACOSTA, )
ALEX ROS, )
)
)
Defendants. )
_____ )

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Sarah Clasby Engel, Esq. on November 20, 2018, at 11:30 a.m. at The Engel Firm, 2665 S. Bayshore Drive, Suite 220, Coconut Grove, FL 33133.

DONE AND ORDERED in Chambers at Miami, Florida this 25 of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record