UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-23486-CIV-MORENO

JULIO HERNANDEZ HERNANDEZ,

       Plaintiff,

vs.

ACOSTA TRACTORS, INC. FELIX F.
ACOSTA and ALEX RIOS,

       Defendants.
_____/

## ORDER DENYING MOTIONS FOR EXTENSION OF TIME AND/OR STRIKING

THIS CAUSE came before the Court upon the Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion for Final Summary Judgment and/or Motion to Strike Defendants' Motion for Final Summary Judgment **(D.E. 87)**, filed on **November 14, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___19___ of November 2018.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record