UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23486-CIV-FAM

Julio Hernandez Hernandez and all
others similarly situated under 29 U.S.C.
216(B),

    Plaintiffs,

      v.

Acosta Tractors Inc,
Felix F. Acosta,
Alex Ros,

    Defendants.
_____/

## Mediation Report

A mediation conference was scheduled before the undersigned mediator for November 20, 2018, at 11:30 am at The Engel Firm, 2665 S. Bayshore Drive, Suite 220, Coconut Grove, FL 33133. *See* DE 80. Counsel for Defendants and Defendants appeared. Counsel for Plaintiff appeared, however, Plaintiff did not appear.

Dated: November 20, 2018.

                                    Respectfully submitted,

                                    s/ Sarah Clasby Engel
                                    Sarah Clasby Engel, P.A.
                                    Florida Bar No. 991030
                                    sarah@engel-firm.com
                                    **THE ENGEL FIRM**
                                    2665 S. Bayshore Drive, Suite 220
                                    Coconut Grove, Florida 33133
                                    Telephone: (786) 235-8419
                                    Facsimile: (786) 235-8420
                                    *Mediator*

Copies furnished to:

Counsel of Record