UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-23486-CIV-MORENO**

JULIO HERNANDEZ HERNANDEZ,

      Plaintiff,

vs.

ACOSTA TRACTORS, INC. FELIX F.
ACOSTA and ALEX RIOS,

      Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon the Mediation Report **(D.E. 94)**, filed on **November 20, 2018**.

THE COURT has considered the report, the pertinent portions of the record, and is otherwise fully advised in the premises. On November 20, 2018, Plaintiff did not personally appear at the scheduled mediation conference and instead was represented only by counsel. Consequently, it is

ADJUDGED that Plaintiff Julio Hernandez Hernandez must file a response with the Court no later than **December 12, 2018**, to show cause why the case should not be dismissed for Plaintiff's failure to attend the mediation conference. If Plaintiff Julio Hernandez Hernandez fails to file such response, then the Court shall dismiss the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record