UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-23486-CIV-MORENO**

JULIO HERNANDEZ HERNANDEZ,

    Plaintiff,

vs.

ACOSTA TRACTORS, INC. FELIX F.
ACOSTA and ALEX RIOS,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Better Responses, Responsive Documents to Same, and Motion to Compel Depositions **(D.E. 99)**, filed on **November 26, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record