## AFFIDAVIT OF JULIO HERNANDEZ HERNANDEZ

STATE OF FLORIDA )
) S.S.:
COUNTY OF MIAMI-DADE )

1. My name is JULIO HERNANDEZ HERNANDEZ, I am over eighteen years of age; I reside in the United States, and I have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and I do so freely, voluntarily, and pursuant to my own free will. I affirm that the contents of this Affidavit are true and correct and to the best of my belief.

2. I affirm that this document was translated in Spanish and that prior to signing this Affidavit I confirmed with the translator that I fully understood the contents of this Affidavit prior to executing same.

3. I am the Plaintiff in the case pending in the United State District Court, Southern District of Florida, *Hernandez v. Acosta Tractors, Inc. et al.*, Case No.: 15-23486.

4. In advance of the mediation, my attorneys at the law offices of J.H. Zidell, P.A. informed me of the mediation that was scheduled in my case to occur on November 20, 2018.

5. I planned on attending the mediation as scheduled however I was unable to attend the mediation in person and/or by phone due to circumstances beyond my control.

6. I am currently working in Tampa, Florida, and planned on using my employer's truck to travel from Tampa, Florida, to Miami, Florida for the scheduled mediation. On the evening of November 19, 2018, the truck I was using to travel from Tampa, Florida to Miami, Florida for the mediation would not start due to mechanical issues. Unfortunately, the mechanic on site the following day was only able to complete the mechanical work needed for the truck to start on November 20, 2018. I had no other mode of transportation.

JHH

7. Additionally, I was unable to appear by phone for the mediation on November 20, 2018, because I was located in an area where there was no cell phone reception during that time.

JHH

8. My attorneys had written authorization from me that they could appear as my representative with full authority to enter into a full and complete compromise and settlement.

JHH

9. It is my understanding that an attorney appeared at the mediation on my behalf and represented to the mediator and the Defendants, through their attorneys, that she was present and had written authorization from me that she could appear as my representative with full authority to enter into a full and complete compromise and settlement. It is my understanding that the Defendants, through their attorneys, represented that they would not agree to proceed with the mediation and would seek relief from the Court.

JHH

10. Should the Court require of me to attend a mediation in person I agree to reschedule the mediation and to appear in person for same.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 21 day of November, 2018.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_____
**AFFIANT**
**JULIO HERNANDEZ HERNANDEZ**

The foregoing Affidavit was sworn to and subscribed before me, on this 21 day of November, 2018, by JULIO HERNANDEZ HERNANDEZ, who has produced FL Driver's license as identification.

_____
NOTARY PUBLIC, State of Florida



Natalie Staroschak
COMMISSION #FF198424
EXPIRES: February 11, 2019
WWW.AARONNOTARY.COM

JHH

**INTERPRETER'S ACKNOWLEDGEMENT:**

On _November 21, 2018_, _Lisa Novick_, personally known to me, affirmed that the foregoing was translated from English to Spanish to the best of her ability.

_____
(Interpreter's signature)

_____
NOTARY PUBLIC / STAMP

Natalie Staroschak
COMMISSION #FF198424
EXPIRES: February 11, 2019
WWW.AARONNOTARY.COM