UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-23486-CIV-MORENO

JULIO HERNANDEZ HERNANDEZ,

    Plaintiff,

vs.

ACOSTA TRACTORS, INC. FELIX F.
ACOSTA and ALEX RIOS,

    Defendants.
_____/

## ORDER DENYING MOTIONS FOR SANCTIONS

THIS CAUSE came before the Court upon Defendants' Motion for Sanctions for Failure to Mediate **(D.E. 100)**, and Plaintiff's Motion for Sanctions for Defendants' Failure to Mediate **(D.E. 104)**, both filed on **November 27, 2018**.

THE COURT has considered the motions, the response in opposition, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record