UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-23486-CIV-MORENO

JULIO HERNANDEZ HERNANDEZ,

    Plaintiff,

vs.

ACOSTA TRACTORS, INC. FELIX F.
ACOSTA and ALEX RIOS,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR DEFAULT

THIS CAUSE came before the Court upon Plaintiff's Renewed Motion for Default, Jury Trial as to Damages, or in the Alternative Motion to Conduct Evidentiary Hearing on Defendants' Inability to Pay Arbitration Fees and Costs **(D.E. 114)**, filed on **December 11, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED, as the jury trial is set for the two-week period commencing May 13, 2019.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of December 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record