UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23486-CIV-FAM

Julio Hernandez Hernandez and all
others similarly situated under 29 U.S.C.
216(B),

    Plaintiffs,

        v.

Acosta Tractors Inc,
Felix F. Acosta,
Alex Ros,

    Defendants.
_____/

## Mediation Report

A mediation conference was held before the undersigned mediator on March 6, 2019, at 3:00 pm at Gunster, Yoakley & Stewart, P.A., 600 Brickell Avenue, Suite 3500, Miami, FL 33131. All parties and counsel attended. No agreement was reached.

Dated: March 7, 2019.

                Respectfully submitted,

                s/ Sarah Clasby Engel
                Sarah Clasby Engel, P.A.
                Florida Bar No. 991030
                sarah@engel-firm.com
                **THE ENGEL FIRM**
                2665 S. Bayshore Drive, Suite 220
                Coconut Grove, Florida 33133
                Telephone: (786) 235-8419
                Facsimile: (786) 235-8420
                *Mediator*

Copies furnished to:

Counsel of Record